No. 72–1112. COFFEE-RICH, INC., ET AL. *v.* FIELDER, DIRECTOR OF AGRICULTURE, ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 72–1287. MAGER ET UX. *v.* HILLTOWN TOWNSHIP. Appeal from Pa. Commw. Ct. dismissed for want of substantial federal question.

No. 72–965. UNITED STATES *v.* KNIGHT. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Russell, ante,* p. 423.

No. 72–1240. SPITZER AKRON, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded with instructions to remand case to the National Labor Relations Board for such further proceedings as may be appropriate in light of *Burns International Security Services, Inc.* v. *NLRB,* 406 U. S. 272 (1972). *FTC* v. *Sperry & Hutchinson Co.,* 405 U. S. 233, 245–250 (1972); *SEC* v. *Chenery Corp.,* 318 U. S. 80, 87–88 (1943); *Bachrodt Chevrolet Co.* v. *NLRB, ante,* p. 912; *Denham* v. *NLRB, ante,* p. 945.

No. 72–6303. MODEL CITIES POLICY BOARD OF ANN ARBOR ET AL. *v.* LYNN, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to consider question of mootness.